IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. DANKANICH, and<br>NICHOLAS A. MARRANDINO,<br><br>     Plaintiffs,<br><br>  v.<br><br>MARCEL PRATT, in his official capacity as<br>City Solicitor of Philadelphia, and<br>CITY OF PHILADELPHIA,<br><br>     Defendants. | No. 19-cv-735-MSG |

## ENTRY OF APPEARANCE

TO THE CLERK:

  Kindly enter my appearance in this matter on behalf of the City of Philadelphia and Marcel Pratt, in his official capacity as City Solicitor of Philadelphia.

Dated:  February 22, 2019

/s/ Stephen A. Fogdall
Stephen A. Fogdall (Pa. I.D. 87444)
Schnader Harrison Segal & Lewis LLP
1600 Market Street, Suite 3600
Philadelphia, PA 19103
Phone: (215) 751-2581
Fax: (215) 751-2205
sfogdall@schnader.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Entry of Appearance has been served on counsel for plaintiffs, Andrew Austin, via electronic mail at austin@stackhousegroup.com.

/s/ Stephen A. Fogdall

Dated: February 22, 2019