IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. DANKANICH and NICHOLAS A. MARRANDINO, | :<br>:<br>:<br>: CIVIL ACTION |
| *Plaintiffs*, | : |
| v. | : No. 19-735 |
| MARCEL PRATT, *City Solicitor of Philadelphia*, and CITY OF PHILADELPHIA, | :<br>:<br>: |
| *Defendants*. | : |

## ORDER

**AND NOW,** this 6th day of May, 2019, upon consideration of Defendants' First Motion to Dismiss (Doc. No. 8) and the Court noting that Plaintiffs have subsequently filed an Amended Complaint, it is hereby **ORDERED** that the Motion is **DENIED AS MOOT**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**MITCHELL S. GOLDBERG, J.**