IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW J. DANKANICH and NICHOLAS A. MARRANDINO, | : CIVIL ACTION :  : |
| Plaintiffs, | : No. 19-0735 : |
| v. | : : |
| MARCEL PRATT, et al., | : : |
| Defendants. | : ; |

## ORDER

**AND NOW,** this 27th day of November, 2019, upon consideration of Plaintiffs' request for a pre-motion conference regarding leave to amend the complaint, and the Court finding that a pre-motion conference to discuss Plaintiffs' proposed motion is unlikely to be helpful in resolving it, it is hereby **ORDERED** that Plaintiffs shall file their Motion for Leave to Amend the Complaint **by no later than December 9, 2019**.

**IT IS FURTHER ORDERED** that Defendants shall respond to Plaintiffs' motion **by no later than December 23, 2019**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*

**MITCHELL S. GOLDBERG, J.**

1