IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW J. DANKANICH and NICHOLAS A. MARRANDINO,** | : : : | CIVIL ACTION |
| *Plaintiffs*, | : : | |
| v. | : : | No. 19-735 |
| **MARCEL PRATT,** *City Solicitor of Philadelphia,* **and CITY OF PHILADELPHIA,** | : : : : : | |
| *Defendants.* | : : : | |

## ORDER

**AND NOW**, this 8th day of December, 2020, upon consideration of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Doc. No. 11), Plaintiffs' response thereto (Doc. No. 15), Defendants' reply (Doc. No. 20), and Plaintiffs' sur-reply (Doc. No. 21), and Plaintiffs' Motion for Leave to File Second Amended Complaint (Doc. No. 25), and Defendants' response thereto (Doc. No. 26), it is hereby **ORDERED** that:

- Defendants' Motion to Dismiss Plaintiffs' Amended Complaint is **GRANTED.**
- Plaintiffs' Motion for Leave to File a Second Amended Complaint is **DENIED**.
- The Clerk of Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**