UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Andrew **Dankanich**,<br>*and* Nicholas **Marrandino**,<br>*Plaintiff(s);*<br><br>vs.<br><br>Diana **Cortes**, *as City Solicitor*,<br>*and* City of **Philadelphia**,<br>*Defendant(s).* | *No.* 19-CV-735 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Andrew Dankanich and Nicholas Marrandino, plaintiffs in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's December 8th 2020 Order and Memorandum Opinion (ECFs # 29 & # 30).

Respectfully Submitted,

**Andrew B. Austin**, Esq.
Pennsylvania Bar # 323768
*Attorney for Plaintiff-Appellants*

P.O. Box # 54628
Philadelphia, Pennsylvania, 19148
+1 (610) 656-1956
austin@stackhousegroup.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of this **Notice of Appeal** and any accompanying memorandum or documents upon the parties or their counsel via Electronic Case Filing on **Saturday, January 2nd 2021**.

Respectfully Submitted,

**Andrew B. Austin**, Esq.
Pennsylvania Bar # 323768
*Attorney for Plaintiff-Appellants*

P.O. Box # 54628
Philadelphia, Pennsylvania, 19148
+1 (610) 656-1956
austin@stackhousegroup.com